UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21490-ALTMAN/Sanchez

**MAURICIO CARDERO**, *individually and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**KELLER WILLIAMS REALTY, INC**.,

    *Defendant*.
_____/

## ORDER

The parties have filed a Stipulation of Dismissal [ECF No. 48] pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that the Plaintiff's individual claims against the Defendant are **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs.

This clerk shall **CLOSE** this case. The hearing set for October 28, 2024, *see* Paperless Notice of Hearing [ECF No. 47], is **CANCELLED**. All deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record